# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case No.: 13-CV-1972 (JNE/HB)

Priscilla Saunders and
Jason Branden,

        Plaintiffs

v.

                            **JOINT STIPULATION OF DISMISSAL**
                                           **WITH PREJUDICE**

Mayo Clinic,

        Defendant.

---

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Priscilla Saunders and Jason Branden and Defendant Mayo Clinic, by and through their counsel that:

1. All claims and counterclaims that each of the parties has asserted or could have asserted against any of the other parties in the above-captioned legal action are DISMISSED WITH PREJUDICE; and

2. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: June 12, 2015            GILBERT LAW PLLC

                              s/ Heather M. Gilbert
                              Heather M. Gilbert
                              Minnesota Bar License #0392838
                              Gilbert Law PLLC
                              2864 Middle Street, Suite 200
                              St. Paul, MN 55117
                              Telephone: (651) 340-9642
                              heather@gilbertlawpllc.com

ROB ROE LAW, LLC

s/ Robert Roe
Robert Roe
Minnesota Bar License #270246
Rob Roe Law, LLC
3254 Rice Street
St. Paul, MN 55126
Telephone: (651)766-5886
rob@robroelaw.com

ATTORNEYS FOR PLAINTIFFS

Dated: June 12, 2015

FELHABER LARSON

s/ Penelope J. Phillips
Penelope J. Phillips
Minnesota Bar License #200876
Randi J. Winter
Minnesota Bar License #0391354
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 339-6321
pphillips@felhaber.com
rwinter@felhaber.com

Joanne L. Martin
Minnesota Bar License #0388453
Mayo Clinic
200 First Street S.W.
Rochester, MN 55905
Telephone: (507) 284-4266
martin.joanne@mayo.edu

ATTORNEYS FOR DEFENDANT

789936.v1